UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  CASE NO.: 8:16-bk-01788-CPM

**COLLEN D. MIARS**  CHAPTER: 13
 *fka* **COLLEEN HUANAY**
 **Debtors**.
_____/

## RESPONSE TO DEBTOR'S MOTION TO SELL HOMESTEAD AND REQUEST FOR ATTORNEY'S FEES [DE 29]
*(16825 Rosedown Glen, Parrish, Florida 34219)*

COMES NOW, **FBC Mortgage, LLC**, ("Creditor"), and submits this *Response to Debtor's Motion to Sell Homestead and Request for Attorney's Fees* [**DE 29**] and states as follows:

1. Creditor holds the 1st Mortgage on real property owned by Debtor located at *16825 Rosedown Glen, Parrish, Florida 34219* (the "Subject Property").

2. On September 13, 2019, Debtor filed the *Amended Motion to Sell Homestead and Request for Attorney's Fees* [**DE 29**] (the "Motion to Sell") indicating that the Debtor desires to sell the property and has listed, or will list, the property for sale with a realtor, and, at the time of filing this Motion the Debtor has not secured an agreement to sell the home.

3. Creditor objects to any Order binding Creditor to accept any terms of a proposed contract for sale prior to Creditor's full independent review and acceptance of proposed sale contract.

4. Creditor respectfully requests that any order on the Motion to Sell include language that the sale is subject to Creditor's review and approval. Additionally; Creditor requests the loan be paid in full and within forty-eight (48) hours of the closing date in connection to a current payoff statement generated by the Creditor.

5. The payoff statement cannot be expired at the time of the closing of the Subject Property.

6. Creditor reserves the right to supplement and/or amend this Response in the future.

ALAW FILE NO. 16-004585

WHEREFORE, **FBC Mortgage, LLC** respectfully requests the Court deny the Motion and for such other and further relief as the Court deems appropriate.

                                                                  Respectfully submitted,

                                                                  */s/Jeffrey Fraser, Esq.*
                                                                  Jeffrey S. Fraser, Esq.
                                                                  FBN 85894
                                                                  813-221-4743 ext. 2499

                                                                  **Albertelli Law**
                                                                  Attorney for Secured Creditor
                                                                  PO Box 23028
                                                                  Tampa, FL 33623
                                                                  Facsimile: (813) 221-9171
                                                                  bkfl@albertellilaw.com

ALAW FILE NO. 16-004585

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been forwarded to all parties of interest via U.S. regular mail, postage prepaid, and/or via electronic file notification by the Clerk of the Court on this 16th day of September, 2019.

**SERVICE LIST**

*Debtor*
Collen D. Miars
16825 Rosedown Glen
Parrish, FL 34219

*Debtor's Attorney*
Richard V. Ellis
Hausburg & Ellis, PA
3202 North Tamiami Trail
Sarasota, FL 34234

*Trustee*
Jon Waage
P O Box 25001
Bradenton, FL 34206-5001

*U.S. Trustee*
United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

*/s/Jeffrey Fraser, Esq.*
Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

ALAW FILE NO. 16-004585